# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 24-cr-20643

v.                                    Judith E. Levy
                                    United States District Judge

Randy Myles, Jr.,

                                    Mag. Judge David R. Grand

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S
## AMENDED MOTION TO SEAL SEARCH WARRANT [26]

Before the Court is Defendant Randy Myles, Jr.'s amended motion to seal a search warrant. (ECF No. 26.) Based on Defendant's submissions, it appears that Defendant seeks to file under seal an application for a search warrant, an affidavit in support of an application for a search warrant, and a search warrant. (*Id.*; ECF No. 30.) Having reviewed the sealed copy of the relevant documents provided by Defendant under Eastern District of Michigan Local Rule 5.3(b)(3)(A)(vi) (ECF No. 30), the Court finds that the documents contain information about uncharged individuals who are suspects in a

criminal investigation. Making these documents publicly available may jeopardize the investigation and the safety of agents and other individuals. Defendant does not identify compelling interests that support public access to the documents, and the Court is not aware of any that outweigh the interests favoring nondisclosure. The Court also finds that the sealing proposed by Defendant is not broader than necessary. It is therefore appropriate for the documents to be filed under seal pursuant to Eastern District of Michigan Local Rule 5.3 and the standard set forth in *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 306 (6th Cir. 2016) ("[T]he interests in support of nondisclosure are compelling, [ ] the interests supporting access are less so, and [ ] the seal itself is no broader than necessary[.]"). Accordingly, Defendant's amended motion to seal (ECF No. 26) is GRANTED.

    IT IS SO ORDERED.

Date: March 11, 2025             s/Judith E. Levy
    Ann Arbor, Michigan        JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 11, 2025.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager